UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Christine Gerin )
)
)
)
)
_____ ) CIVIL ACTION
(Name of the plaintiff or plaintiffs) )
)
v. ) NO._____
)
Chicago State University )
)
)
)
)
_____ )
(Name of the defendant or defendants) )

## COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. This is an action for employment discrimination.

2. The plaintiff is __Christine Gerin__ of the county of __Cook__ in the state of __Illinois__.

3. The defendant is __Chicago State University__, whose street address is __9501 S. King Dr. ADM 303__,
(city)__Chicago__ (county)__Cook__ (state)__Illinois__ (ZIP)__60628__
(Defendant's telephone number) (__773__) − __995 3000__

4. The plaintiff sought employment or was employed by the defendant at (street address)
__9501 S. King Dr. SCI 310__ (city)__Chicago__
(county)__Cook__ (state)__Illinois__ (ZIP code)__60628__

5. The plaintiff [*check one box*]

    (a) ☐ was denied employment by the defendant.

    (b) ☐ was hired and is still employed by the defendant.

    (c) ☒ was employed but is no longer employed by the defendant.

6. The defendant discriminated against the plaintiff on or about, or beginning on or about, (month) April , (day) 16 , (year) 2009 .

7.1 *(Choose paragraph 7.1 or 7.2, do not complete both*.)

   (a) The defendant is not a federal governmental agency, and the plaintiff [*check one box*] ☐ *has not* ☒ *has* filed a charge or charges against the defendant asserting the acts of discrimination indicated in this complaint with any of the following government agencies:

   (i) ☒ the United States Equal Employment Opportunity Commission, on or about

   (month) August (day) 23 (year) 2009 .

   (ii) ☐ the Illinois Department of Human Rights, on or about

   (month)_____ (day)_____ (year)_____ .

   (b) If charges *were* filed with an agency indicated above, a copy of the charge is attached. ☒ YES. ☐ NO, **but plaintiff will file a copy of the charge within 14 days**.

It is the policy of both the Equal Employment Opportunity Commission and the Illinois Department of Human Rights to cross-file with the other agency all charges received. The plaintiff has no reason to believe that this policy was not followed in this case.

7.2 The defendant is a federal governmental agency, and
   (a) the plaintiff previously filed a Complaint of Employment Discrimination with the defendant asserting the acts of discrimination indicated in this court complaint.

|☒| Yes (month) August (day) 08 (year) 2009   440-2009-06177
|   |          September        15         2008   440-2008-08570
|☐| No, did not file Complaint of Employment Discrimination

(b) The plaintiff received a Final Agency Decision on (month) March
(day) 30 (year) 2009 . for 440-2009-06177//06602

(c) Attached is a copy of the

(i) Complaint of Employment Discrimination,

☒ YES   ☐ NO, but a copy will be filed within 14 days.

(ii) Final Agency Decision

☒ YES   ☐ NO, but a copy will be filed within 14 days.
for 440-2009-06177//06602

8. *(Complete paragraph 8 only if defendant is not a federal governmental agency.)*

(a) ☐ the United States Equal Employment Opportunity Commission has not issued

a *Notice of Right to Sue.*

(b) ☒ the United States Equal Employment Opportunity Commission has issued a

*Notice of Right to Sue*, which was received by the plaintiff on
(month) March (day) 30 (year) 2009 a copy of which
*Notice* is attached to this complaint.
for 440-2009-06177//06602

9. The defendant discriminated against the plaintiff because of the plaintiff's [*check only those that apply*]:

(a) ☐ Age (Age Discrimination Employment Act).

(b) ☐ Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

3

  (c) [X] Disability (Americans with Disabilities Act or Rehabilitation Act)

  (d) [X] National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

  (e) [X] Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

  (f) [ ] Religion (Title VII of the Civil Rights Act of 1964)

  (g) [X] Sex (Title VII of the Civil Rights Act of 1964)

10. If the defendant is a state, county, municipal (city, town or village) or other local governmental agency, plaintiff further alleges discrimination on the basis of race, color, or national origin (42 U.S.C. § 1983).

11. Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); for 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; for the A.D.E.A. by 42 U.S.C.§12117; for the Rehabilitation Act, 29 U.S.C. § 791.

12. The defendant [*check only those that apply*]

  (a) [ ] failed to hire the plaintiff.

  (b) [X] terminated the plaintiff's employment.

  (c) [X] failed to promote the plaintiff.

  (d) [ ] failed to reasonably accommodate the plaintiff's religion.

  (e) [X] failed to reasonably accommodate the plaintiff's disabilities.

  (f) [ ] failed to stop harassment;

  (g) [X] retaliated against the plaintiff because the plaintiff did something to assert rights protected by the laws identified in paragraphs 9 and 10 above;

  (h) [ ] other (specify):_____

_____

_____

_____

_____

_____

13. The facts supporting the plaintiff's claim of discrimination are as follows:

_____

_____

_____

_____

_____

_____

14. **[*AGE DISCRIMINATION ONLY*]** Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15. The plaintiff demands that the case be tried by a jury. [x] YES  [ ] NO

16. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [*check only those that apply*]

    (a) [ ]  Direct the defendant to hire the plaintiff.

    (b) [x]  Direct the defendant to re-employ the plaintiff.

    (c) [x]  Direct the defendant to promote the plaintiff.

    (d) [ ]  Direct the defendant to reasonably accommodate the plaintiff's religion.

    (e) [x]  Direct the defendant to reasonably accommodate the plaintiff's disabilities.

    (f) [ ]  Direct the defendant to (specify): _____

_____

_____

_____

_____

_____

_____

(g) [X]   If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h) [X]   Grant such other relief as the Court may find appropriate.

(Plaintiff's signature) _____

(Plaintiff's name)

Christine Gerin     C/O Rima Kapitan
                    Kapitan Law Office, Ltd.

(Plaintiff's street address)
                    300 South Wacker Drive

                    Suite 1700A

(City) Chicago     (State) IL     (ZIP) 60606

(Plaintiff's telephone number) ( 312 ) – 566-9590

Date: 06/25/2010