OC Form 5 (5/01)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

Charge Presented To: Agency(ies) Charge No(s):
☐ FEPA
☒ EEOC 440-2009-06177

Illinois Department Of Human Rights and EEOC

*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Dr. Christine Gerin | (312) 664-4724 | 03/25/63 |

| Street Address | City, State and ZIP Code |
|---|---|
| 1000 N. Lake Shore Dr. Apt. 1207 | Chicago, IL 60611 |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| Chicago State University | | (773) 995-2000 |

Street Address: 9501 S. King Dr., Chicago, IL, 60628-1598 (President Interim Dr. Pogue, ADM 313)

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☒ RACE ☐ COLOR ☒ SEX ☐ RELIGION ☒ NATIONAL ORIGIN
☒ RETALIATION ☐ AGE ☒ DISABILITY ☐ OTHER *(Specify below.)*

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 02/2005 Latest: 05/2009
☒ CONTINUING ACTION

RECEIVED EEOC
AUG 0 7 2009
CHICAGO DISTRICT OFFICE

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s))*:

ADA CONTINUED:

1) SICK-SURGERY:
   a. I am still under a workers compensation accident and treatment and I had to have a thoracic surgery (September 23rd, 2008) not related to my WC accident and Dr. Banks, Chairman of the Biology department, threatened me as I was prescribed days off from work for my surgery because I was not able to perform my work after the surgery. I was not able to breath normally, this until recently (april 2009), but I only took normal days off for this surgery, even when I was very bad.
   b. Also, my work load was more than 12 consecutive hours without allowing meals just after my surgery and no arrangement have been made to facilitate my work and I was not supposed to carry weight but again no arrangement has been made. Dr. Jefferson (assistant to the provost) wrote to my surgeon that arrangements will be made but it has just been the opposite.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

08/05/09
Date — Charging Party Signature

NOTARY – *When necessary for State and Local Agency Requirements*

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
*(month, day, year)*

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

Charge Presented To:   Agency(ies) Charge No(s):
[ ] FEPA
[X] EEOC

**Illinois Department Of Human Rights** and EEOC
State or local Agency, if any

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

2) WORKERS-COMPENSATION NON RESPECT:

I had a WC filed (11/09/06) for an accident at Chicago State University due to a negligence of the fire alarm set up, the stairways conditions and my lab transferred to a non-lab area.

This happened because I have been discriminated because dangerous chemicals and goods were in Dr. Banks laboratory exposing students to potential explosion and as I inherited (at first) his laboratory I disposed properly all dangerous and hazardous materials (following the NIH and University regulations) and this upseted Dr. Banks, and he started his adverse behavior. I have been immediately expulsed from my laboratory (former Dr. Banks lab) and be given a place that should not be used as a lab space with no fire alarm that could be heard, and this is the reason why I was the last one to exit from the fire and had to run in the staircase that was in poor condition (staircase changed 9 months later June 2007) and fell airborn one floor done which induced injury of my hands, my hip, my spine and the reason I am in constant pain. After that accident I had to work less and rest more. I had one hip injection with no problem october 08, 2007; one hip cortisone injection (03/02/08) that was not a good medical indication and went very bad, putting me under extreme pain for more than two months and further prevented me from doing any sport and from even correctly walk until now; I recently 04/16/09 had a hip surgery to try to fix it and I am still in treatment for that.

I received a note of disciplinary action being taken against me and been threatened on 05/14/09 at 1 pm by Dr. Sharpe for work not done by my substitute (Dr. Sharp) during my WC surgery absence (04-16-09 to 05-11-09). This implied that I would have to work a 24 hours schedule at my return from surgery to do what should have been done during my absence.

My official last day of work was 05/15/09 but I had duties (student exams and grading) up to the 20th of May, 2009. I never got paid.

As I was needed treatment from the fall in the staircase, the university did not arrange for my schedule to get treatment. I have been evaluated as I was under extreme pain and treatment. I have been obliged to carry weight which was not recommended and induced more pain and the department never arrange anything.

In April 2009, I wanted to apply to a grant to get my research funded for the summer (research is during the summer), the deadline was prior the end of my appointment, so legally I was able to apply for funding and when funding will arrive it would be transfered to another institution. Dr. Jefferson told me that Chicago State University will not transfer the money to another institution. This has handycaped me. No summer salary (1).

Due to my health conditions, I have not been able to apply to any other similar position sooner as I am too tired and not able to give a presentation of one or two hours, standing up, with a one full day interview which is what is required for any position I might seek (I was not able to breath as before until April 2009 from my

---

| | |
|---|---|
| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 08/05/09<br>Date          Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(month, day, year) |

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA  ☒ EEOC | |

Illinois Department Of Human Rights _____ and EEOC
*State or local Agency, if any*

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

surgery 09-23-08). Then 2nd half of April I was on crutches for my WC hip surgery. So I am still in treatment from my hip surgery I have physical therapy 2 days a week 2 hours (which because I am still weak make me tired for the rest of the day, and an average of once a week medical apt because the surgery did not went too well, infection, mistakes that are affecting my recovery, some tests are very invasive and as an example I had a needle pocked in my back that prevented me from walking for 4 days, and 10 days extreme pain…and so on…). Doing research as I am the a P.I. (my own boss of my research) with arranging my schedule (I do not really need a schedule as long I mentor students properly) would have been possible (if CSU would have let me apply for this summer little grant (1)). Therefore I am unable to be competitive for a full academic position and had to ask for unemployment.

I find strange that I have to ask for unemployment as I have been injured at work and I am not fully recovered and that I have been evaluated for promotion under medical conditions provoked by the university due to their negligence.

But I want to work, I cannot just apply to other positions due to my health issues since more than 3 years (Workers Comp accident). Right now I have medical appointments and investigations that do not allow me to work as I should, or to look for work and be competitive.

3) GREAVANCE AND APPEAL, NON ETHICAL AND CORRUPTED PROCEDURES: I appealed the decision rejecting my advanced promotion to tenure, because the university did not followed mine and their signed conditions for my application to advanced promotion therefore they broke a written contract with me (Dr. Jefferson, assistant to the provost). They ignored that I said that the contract they and I signed was not respected.

At my hearing (09-22-08), Dr. Banks who discrimated me previously was chosen as the administration reporter, and note that he was the reason for my appeal. I do believe that there is here a procedurial discrimination (error). Unappropriately, Dr. Banks made up stories about me that were not even related to my employment and advanced promotion.

Dr. Banks lied also saying that my scientific papers have never been accepted (this can be easily proven by going on the NIH website were the best paper are published and see that my paper were accepted, in my portfolio I provided the proof of acceptation (http://www.ncbi.nlm.nih.gov/sites/entrez Limits Tag Term First Author Type Gerin C, Click Free article, Click on right Free Author Manuscript, Or GO DIRECTLY TO http://www.sciencedirect.com/science?_ob=ArticleURL&_udi=B6T0G-4RV17RY-1&_user=10&_rdoc=1&_fmt=&_orig=search&_sort=d&_docanchor=&view=c&_acct=C000050221&_version=1&_urlVersion=0&_userid=10&md5=e8cb714ba3f0359aaa70728e4af7be17 and see the date of acception

**Motor activity induces release of serotonin in the dorsal horn of the rat lumbar spinal cord**

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| 08/05/09 | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |

EOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA  ☒ EEOC | |

Illinois Department Of Human Rights _____ and EEOC
*State or local Agency, if any*

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

**Christine Gerin**[a,b,*], **Jean-Rene Teilhac**[a], **Kristin Smith**[c] **and Alain Privat**[a]

[a]Institut des Neurosciences de Montpellier, INSERM U-583, Montpellier, France

[b]Department of Anatomy and Cell Biology, UIC, Chicago, IL, USA

[c]Department of Biological Sciences, CSU, Chicago, IL, USA

Received 2 October 2007; revised 20 December 2007; accepted 25 January 2008. Available online 14 February 2008. )

of the last published paper Jan 25, 2007. I do believe that the committee should have dismissed Dr. Banks for lying.
The committee asked him to stop. But he did not. Therefore keeping and listening to Dr. Banks arguments constitute a procedural error from the committee. I asked for the tape of the hearing but Dr. Janette Grange (grievance officer) that has a long term friendship or collegial relationship with Dr. Banks (and should not be my grievance officer for the latter reason), said that she could not help me with the tape and to call Dr. Debra Jefferson (assistant to the provost). I did contact Dr. Jefferson for the tape and she never provided to me since October 2009 (I asked in written and she replied that she will when it will be ready. I do not know what ready means.)
Even worse Dr. Pogue (new interim president), upon some recommendations, used the false accusation from Dr. Banks (at the hearing 09-22-08) that were unrelated to my employment and period of evaluation to motivate his refusal to my promotion to tenure in his point #3. I have not been evaluated according to the contract I signed in contrary of what is written in point #1 and #2. I should not be evaluated by the person who discriminated me.
Also none of the criteria for evaluation are stated in the DAC of the department of Biology, some people thought that superior was enough. There is no criteria for either superior or exceptional teaching performance. Nobody knows what superior means or exceptional means.
The first point of Dr. Pogue about my teaching saying that I do not meet the criteria. There are no existing criteria in the DAC contract. Therefore, both my peers and Dr. Pogue do not possess any criteria to judge me on any standard. The contract has no standard for teaching it is purely subjective. Then I wonder how I cannot comply to criteria that do not exist. I do believe that my teaching is excellent perhaps too good (upon

---

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY – When necessary for State and Local Agency Requirements

I declare under penalty of perjury that the above is true and correct.

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

08/05/09
Date | Charging Party Signature

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

Charge Presented To:
- [ ] FEPA
- [X] EEOC

Agency(ies) Charge No(s):

Illinois Department Of Human Rights and EEOC
*State or local Agency, if any*

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s))*:

other university U of C, UIC, NWU criteria) but cannot be demonstrated and evaluated because there are no criteria for evaluating teaching in the DAC contract of the biology department at CSU.

I asked to be evaluated by an unbiais jury but it has not even been considered.

I also asked why some of my student evaluations were missing, I never got any answer for that. As I am also evaluated by students it is extremely important that Dr. Banks has no access to my student evaluations and could not make any change or make them disappearing (Dr. Banks hold student evaluations). Once the evaluation were not anymore under the control of the department, none were missing for that semester and suddenly were outstanding (as when I first started), but the latter evaluations were not counted for my promotion evaluation.

So should I have let the university explode? With the dry picric acid, old rusty ether bottles in Dr. Banks former lab? And get promoted?

---

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY – *When necessary for State and Local Agency Requirements*

I declare under penalty of perjury that the above is true and correct.

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT

08/05/09 [signature]
Date / Charging Party Signature

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)

## FINDINGS

The Committee reviewed all documents submitted during the hearing, in particular the requirements for tenure from the applicable Department of Biology DACs, and found that:

1. Dr. Gerin's tenure evaluation process was complicated by the erroneous statement that she needed to apply on the basis of exceptionality. This statement created confusion and was not completely clarified and rescinded until fall of 2008 during the grievance process.

2. However, regardless of which of the two standards was used as a basis for the tenure decision, the criterion ("Superior") remained the same. No reviewers during the tenure review process granted Dr. Gerin a "Superior" rating in the area of teaching/performance of primary duties.

3. The reviews of Dr. Gerin's teaching throughout the three years of evaluation were very thorough, meticulous and specific about the perceived weaknesses and the suggestions for improvements.

## RECOMMENDATIONS

Therefore, the Step II Hearing Committee recommends that

1. Dr. Gerin's request for a further review of her portfolio be denied.

2. The Biology Department clarify the levels of performance for teaching/performance of primary duties in its DAC.

_/s/ Mary Grace Bator_
Mary Grace Bator

12/11/08
Date

_/s/ Carol A. Leach_
Carol Leach

12/11/08
Date

_/s/ Beverly Meyer_
Beverly Meyer

12/11/08
Date

08/05/09 _/s/_